

RECEIVED
IN MONROE, LA
APR 23 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| PAUL H. MEEKS, ET AL. | CIVIL ACTION NO. 06-0307 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| UNITED STATES OF AMERICA | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 17], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss [Doc. No. 9] is GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 23 day of April, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE